IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION
CRIMINAL MINUTES - **SENTENCING**

United States of America

vs                              Case Number: 13-04046-01-CR-C-BCW

Demetria Michele Brown

Reporter: Denise Halasey         CRD: C. James
Date:   February 22, 2016

Honorable Brian C. Wimes    presiding at Jefferson City, Missouri

Time:   2:26 – 2:57
**Dft plead to Count 1, 2 and 22 of the indictment on June 1, 2015; The Court now accepts that
plea.**

**APPEARANCES**            Plaintiff:   Anthony Gonzalez
                           Defendant:   Troy Stabenow
                           Probation:   Jaime Drummond

x_     Defendant appears in person and by counsel.
x_     No legal cause found to delay.
x_     PSI report received and reviewed by all parties.
x_      No Additions/Corrections made. Objections overruled.
x_     Allocution accorded.
x_     Dft sentenced to 6 months on counts 1 and 12 to be served concurrently, and 24     months
       on Count 22, to be served consecutively to the terms imposed on counts 1 and 12, to
       produce a total term of 30 months.
x_     Dft is to self surrender at the institution on June 1, 2016 by 2:00 p.m.
x_     Special assessment of $300
x__     Restitution in the amount of $326,000 is imposed.
x__    Fine waived. Interest waived.
x__    Court orders dft to term of 3   years of Supervised Release on counts 1 and 12 and 1 year on
       count 22 to run concurrently.
x__    Special Conditions of Supervised Release : Pay restitution balance prior to the final 6 months of
       supervision; Dft shall apply all monies received from income tax refunds, tax refunds, lottery/gambling
       winnings, judgments, and/or other anticipated or unexpected financial gains to the outstanding
       obligation, and shall notify Probation of the receipt of any indicated monies. Provide access to financial
       info; Not incur new credit; Submit to searches.
x      Mandatory drug testing is waived.
x__    Defendant advised of right to appeal.
x      All remaining counts are moved to be dismissed by the Government – granted.